UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EUGENIO COLON,

            Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

            Defendant.

CASE NO.  C10-5354 JRC

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

        Plaintiff's application to proceed *in forma pauperis* is **GRANTED**.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

        The clerk is directed to issue summonses submitted by plaintiff to enable plaintiff to properly serve copies of the complaint on the appropriate parties.  Plaintiff shall note that it is his responsibility to properly serve copies of the complaint along with an appropriate summons as required by Rule 4 of the Federal Rules of Civil Procedure.

        DATED this 27th day of May, 2010.

                                                            J. Richard Creatura
                                                            United States Magistrate Judge

ORDER - 1