United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EUGENIO COLON,                          ) | |
|                                         ) | CIVIL NO. 10-5354BHS-JRC |
|            Plaintiff,                   ) | |
|                                         ) | ORDER FOR EXTENSION OF |
| vs.                                     ) | TIME TO FILE PLAINTIFF'S |
|                                         ) | OPENING BRIEF |
| MICHAEL J. ASTRUE,                      ) | |
| Commissioner of Social Security,        ) | |
|                                         ) | |
|            Defendant.                   ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before October 1, 2010, Defendant's Answering Brief shall be filed on or before October 29, 2010 and Plaintiff's Reply Brief shall be filed on or before November 12, 2010. Oral argument, if desired, shall be requested by November 19, 2010.

DATED this 31st day of August, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – 1