UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| EUGENIO COLON,<br><br>　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No.  3:10-CV-05354-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant and with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before December 6, 2010;

- Plaintiff shall file the Reply Brief on or before December 20, 2010; and

- Oral argument, if desired, shall be requested by December 27, 2010.

DATED this 5th day of November 2010.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1      ORDER - [3:10-CV-05354-BHS-JRC]