UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| EUGENIO COLON,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No.  3:10-CV-05354-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant (ECF No. 23) and with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before January 5, 2011;
- Plaintiff shall file the Reply Brief on or before January 19, 2011; and
- Oral argument, if desired, shall be requested by January 26, 2011.

DATED this 6th day of December 2010.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

Page 1　　ORDER - [3:10-CV-05354-BHS-JRC]