|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | WESTERN DISTRICT OF WASHINGTON |
| | AT TACOMA |

EUGENIO COLON,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

                Defendant.

CASE NO.  C 10-5354 BHS

REPORT AND RECOMMENDATION ON PARTIES' STIPULATED MOTION TO REMAND

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the parties' stipulated motion to reverse and remand the matter to the Commissioner for further consideration.  (ECF No. 26.)  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and reverse and remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).  The Administrative Law Judge shall make a new, full sequential disability evaluation.  As part of this evaluation, the ALJ shall (1) evaluate the opinions of Jeanette Revay, A.R.N.P.; (2) evaluate the

REPORT AND RECOMMENDATION - 1

1 claimant's subjective complaints, including the statements from Brenda Brown; and (3) further
2 evaluate Plaintiff's residual functional capacity.
3     Given the fact of the parties' stipulation, the Court recommends that the District Judge
4 immediately approve this Report and Recommendation and order the case **REVERSED** and
5 **REMANDED**.
6
7     DATED at this 11th day of January, 2011.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2