# United States District Court

WESTERN DISTRICT OF WASHINGTON

EUGENIO COLON

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C10-5354BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This matter is **REVERSED and REMANDED** for further proceedings.

January 14, 2011                                WILLILAM M. McCOOL
                                                Clerk

                                                *s/CM Gonzalez*
                                                Deputy Clerk